# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WAG ACQUISITION, L.L.C.,

    Plaintiff(s),

vs.

DATA CONVERSIONS, INC., et al.

    Defendant(s).

Case #3:19-CV-0489-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ronald Abramson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Liston Abramson, LLP
(firm name)

with offices at _____405 Lexington Avenue, 46th Floor_____,
(street address)

_____New York_____, _____New York_____, _____10174_____,
(city) (state) (zip code)

_____(212) 257-1630_____, _____ron.abramson@listonabramson.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____WAG Acquisition, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 06/28/1978 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. for the District of New Jersey | 12/09/1976 | 26431976 |
| Southern District of New York | 08/01/1978 | |
| Eastern District of New York | 08/01/1978 | |
| U.S. Court of Appeals for the Federal Circuit | 10/26/1994 | |
| U.S. Court of Appeals for the Second Circuit | 12/22/1980 | |
| U.S. Supreme Court | 06/22/1981 | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  New York      )
                        )
COUNTY OF  New York     )

___Ronald Abramson___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__25th__ day of __September__, __2019__.

_____
Notary Public or Clerk of Court

[Notary Seal: REBECCA CLAIRE ROTHKOPF, NOTARY PUBLIC, STATE OF NEW YORK, NO. 02RO6395628, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 07-29-2023]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Elizabeth J. Bassett__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Fennemore Craig, P.C. - 300 E. Second St., Suite 1510__,
(street address)

__Reno__, __Nevada__, __89501__,
(city)     (state)     (zip code)

__775-788-2234__, __ebassett@fclaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Elizabeth J. Bassett___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_(party's signature)_

WAG Acquisition, L.L.C., President
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Elizabeth Bassett_
Designated Resident Nevada Counsel's signature

| 9013 | ebassett@fclaw.com |
| --- | --- |
| Bar number | Email address |

APPROVED:

Dated: this 30th day of September, 20 19.

_[signature]_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## RONALD ABRAMSON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 28, 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**September 26, 2019**

9920

*[signature]*

Clerk of the Court

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **RONALD ABRAMSON** (No. **026431976**) was constituted and appointed an Attorney at Law of New Jersey on **December 09, 1976** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **23RD** day of **August**, 20**19**.

_Heather J. Baker_
Clerk of the Supreme Court

-453a-