**Marquis Aurbach Coffing**
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
lwakayama@maclaw.com

**Venable LLP**
Ralph A. Dengler, Esq.
New York Bar No. 2796712
*Pro Hac Vice Forthcoming*
1270 Avenue of the Americas, 24 Flr
New York, New York 10020
Telephone: (212) 503-0655
Facsimile: (212) 307-5598
RADengler@Venable.com

*Attorneys for WMM, LLC, and
WMM Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAG ACQUISITION, L.L.C, <br><br> Plaintiff, <br><br> vs. <br><br> DATA CONVERSIONS, INC., et al., <br><br> Defendants. | Case Number: <br> 3:19-cv-00489-MMD-CBC <br><br> **STIPULATION AND ORDER TO EXTEND THE TIME PERIOD TO SUBMIT JOINT STATUS REPORT** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff WAG Acquisition, L.L.C. ("WAG"), by and through its counsel of record, Allen J. Wilt, Esq. and Elizabeth J. Bassett, Esq., of the law firm of Fennemore Craig, P.C. and David G. Liston, Esq.; Ronald Abramson, Esq.; Alex G. Patchen, Esq.; Ari J. Jaffess, Esq.; and Mord M. Lewis, Esq., of the law firm of Liston Abramson LLP; and Defendants WMM, LLC and WMM Holdings, LLC ("WMM"), by and through their counsel of record, Liane K. Wakayama, Esq., of the law firm of Marquis Aurbach Coffing and Ralph A. Dengler, Esq., of the law firm of Venable LLP, hereby stipulate as follows:

1. Pursuant to Dkt.# 200, WAG and WMM have been working in good faith to prepare and file a Joint Status Report ("JSR"), currently due on October 17, 2019.

2. The parties respectfully wish to extend the time period to submit the JSR to October 24, 2019, in order to fully address and potentially reconcile a number of issues in the current working draft of the JSR.

3. This is the first request for an extension of the JSR deadline.

4. The parties agree to extend the JSR deadline to October 24, 2019.

**IT IS SO STIPULATED.**

Dated this 16th day of October, 2019

MARQUIS AURBACH COFFING

By: */s/ Liane K. Wakayama, Esq.*
    Liane K. Wakayama, Esq.
    Nevada Bar No. 11313
    10001 Park Run Drive
    Las Vegas, Nevada 89145

and

VENABLE LLP
Ralph A. Dengler, Esq.
New York Bar No. 2796712
*Pro Hac Vice Forthcoming*

*Attorneys for WMM, LLC, and WMM Holdings, LLC*

Dated this 16th day of October, 2019

FENNEMORE CRAIG, P.C.

By: */s/ Allen J. Wilt, Esq.*
    Allen J. Wilt, Esq. (SBN 4798)
    Elizabeth J. Bassett, Esq. (SBN 9013)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501

and

LISTON ABRAMSON LLP
*Admitted Pro Hac Vice*
David G. Liston, Esq.
Ronald Abramson, Esq.
Alex G. Patchen, Esq.
Ari J. Jaffess, Esq.
Mord M. Lewis, Esq.
405 Lexington Ave., 46th Floor
New York, NY 10174

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 18, 2019

MAC:15819-001 3875444_3 10/16/2019 4:24 PM