Keith J. Miller, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
kmiller@rwmlegal.com



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DATA CONVERSIONS, INC., et al., <br><br> Defendants. | C.A. No. 3:19-cv-00489 (MMD) (CBC) <br><br> *Document filed with the Clerk of Court* <br><br> **NOTICE, STIPULATION & ORDER PERMITTING WITHDRAWAL OF COUNSEL** |

**TO:**   Hon. Miranda M. Du, C.U.S.D.J.
United States District Court for the District Nevada
Lloyd G. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

Clerk of Court
United States District Court for the District Nevada
Lloyd G. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

**YOUR HONOR:**

**PLEASE TAKE NOTICE** that Keith J. Miller, Esq., of Robinson Miller LLC, hereby requests that he be permitted to withdraw as counsel for Defendants

WMM, LLC and WMM Holdings, LLC (collectively, "Defendants").

**PLEASE TAKE FURTHER NOTICE** that Mr. Miller served as local counsel for Defendants while this matter was being litigated in the United States District Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that upon transfer to the United States District Court for the District of Nevada, Mr. Miller is no longer representing the Defendants. Defendants, however, continue to be represented by lead counsel Venable LLP and have retained local counsel in Marquis Aurbach Coffing. Therefore, no prejudice will result if the Court were to grant Mr. Miller's application.

**PLEASE TAKE FURTHER NOTICE** that Mr. Miller has conferred with counsel for both Plaintiff and Defendants who consent to this application, evidenced by their below signatures.

**PLEASE TAKE FURTHER NOTICE** that Mr. Miller requests that he be removed from receiving further notifications of electronic filings.

For the foregoing reasons, I respectfully request that the Court grant the instant request to withdraw as counsel.

AGREED AND CONSENTED TO BY:

| ROBINSON MILLER LLC | FENNEMORE CRAIG, P.C. |
|---|---|
| By: _____ <br> Keith J. Miller, Esq. <br> Ironside Newark <br> 110 Edison Place, Suite 302 | By: s/ Alex G. Patchen <br> Allen J. Wilt, Esq. (SBN 4798) <br> Elizabeth J. Bassett, Esq. (SBN 9013) |

Newark, New Jersey 07102
Telephone No.: (973) 690-5400
kmiller@rwmlegal.com

*Attorney Requesting Withdrawal*

300 E. Second St., Suite 1510
Reno, Nevada 89501

and

LISTON ABRAMSON LLP
*Admitted Pro Hac Vice*
David G. Liston, Esq.
Ronald Abramson, Esq.
Alex G. Patchen, Esq.
Ari J. Jaffess, Esq.
Mord M. Lewis, Esq.
405 Lexington Ave., 46th Floor
New York, NY 10174

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

MARQUIS AURBACH COFFING

By: s/ Ralph A. Dengler
Liane K. Wakayama, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone No.: (702) 382-0711

Ralph A. Dengler, Esq. (*pro hac vice to be filed*)
VENABLE LLP
New York Bar No. 2796712
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020
Telephone No.: (212) 503-0655

*Attorneys for WMM, LLC and WMM Holdings, LLC*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 12/30/2019

- 3 -

**SO ORDERED.**

───────────────────────────
Hon. Miranda M. Du, C.U.S.D.J.