Michael J. Gesualdo, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
mgesualdo@rwmlegal.com



```
____FILED            ____RECEIVED
____ENTERED          ____SERVED ON
        COUNSEL/PARTIES OF RECORD

        DEC 2 3 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DATA CONVERSIONS, INC., et al., <br><br> Defendants. | C.A. No. 3:19-cv-00489 (MMD) (CBC) <br><br> *Document filed with the Clerk of Court* <br><br> **NOTICE, STIPULATION <br> & ORDER PERMITTING <br> WITHDRAWAL OF COUNSEL** |

**TO:**   Hon. Miranda M. Du, C.U.S.D.J.
United States District Court for the District Nevada
Lloyd G. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

Clerk of Court
United States District Court for the District Nevada
Lloyd G. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

**YOUR HONOR:**

**PLEASE TAKE NOTICE** that Michael J. Gesualdo, Esq., of Robinson Miller LLC, hereby requests that he be permitted to withdraw as counsel for

Defendants WMM, LLC and WMM Holdings, LLC (collectively, "Defendants").

**PLEASE TAKE FURTHER NOTICE** that Mr. Gesualdo served as local counsel for Defendants while this matter was being litigated in the United States District Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that upon transfer to the United States District Court for the District of Nevada, Mr. Gesualdo is no longer representing the Defendants. Defendants, however, continue to be represented by lead counsel Venable LLP and have retained local counsel in Marquis Aurbach Coffing. Therefore, no prejudice will result if the Court were to grant Mr. Gesualdo's application.

**PLEASE TAKE FURTHER NOTICE** that Mr. Gesualdo has conferred with counsel for both Plaintiff and Defendants who consent to this application, evidenced by their below signatures.

**PLEASE TAKE FURTHER NOTICE** that Mr. Gesualdo requests that he be removed from receiving further notifications of electronic filings.

For the foregoing reasons, I respectfully request that the Court grant the instant request to withdraw as counsel.

AGREED AND CONSENTED TO BY:

| ROBINSON MILLER LLC | FENNEMORE CRAIG, P.C. |
|---|---|
| By: *Michael J. Gesualdo* | By: s/ Alex G. Patchen |
| Michael J. Gesualdo, Esq. | Allen J. Wilt, Esq. (SBN 4798) |

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
mgesualdo@rwmlegal.com

*Attorney Requesting Withdrawal*

MARQUIS AURBACH COFFING

By: s/ Ralph A. Dengler
Liane K. Wakayama, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone No.: (702) 382-0711

Ralph A. Dengler, Esq. (*pro hac vice to be filed*)
VENABLE LLP
New York Bar No. 2796712
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020
Telephone No.: (212) 503-0655

*Attorneys for WMM, LLC and WMM Holdings, LLC*

Elizabeth J. Bassett, Esq. (SBN 9013)
300 E. Second St., Suite 1510
Reno, Nevada 89501

and

LISTON ABRAMSON LLP
*Admitted Pro Hac Vice*
David G. Liston, Esq.
Ronald Abramson, Esq.
Alex G. Patchen, Esq.
Ari J. Jaffess, Esq.
Mord M. Lewis, Esq.
405 Lexington Ave., 46th Floor
New York, NY 10174

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 12/30/2019

-3-

**SO ORDERED.**

_____
**Hon. Miranda M. Du, C.U.S.D.J.**



|  | Ironside Newark |
|---|---|
|  | 110 Edison Place, Suite 302 |
|  | Newark, New Jersey 07102 |
|  | Tel: 973.690.5400 Fax: 973.466.2761 |
|  | www.rwmlegal.com |

December 19, 2019

**VIA FEDEX**

Clerk of Court
United States District Court
District of Nevada
Lloyd D. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

  Re: ***WAG Acquisition, L.L.C. v. Data Conversions, Inc. et al.,***
     <u>**Civil Action No. 3:19-cv-00489 (MMD) (CBC)**</u>

Dear Sir or Madam:

  This Firm was local counsel for Defendants in the above-captioned matter while the case was being litigated in the District of New Jersey. This local counsel representation was terminated upon transfer to this forum. To that end, enclosed for filing are Notices, Stipulations & Orders requesting that Justin T. Quinn, Keith J. Miller, and Michael J. Gesualdo be permitted to withdraw as counsel and cease receiving notices of electronic filings.

  We thank the Court for its consideration of this submission. I am available at the Court's convenience should there be any questions.

                Respectfully submitted,

                Justin T. Quinn

cc:  All counsel of record (*via* E-MAIL & ECF)

