**Marquis Aurbach Coffing**
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
lwakayama@maclaw.com

**Venable LLP**
Ralph A. Dengler, Esq.
New York Bar No. 2796712
Pro Hac Vice Forthcoming
1270 Avenue of the Americas, 24 Flr
New York, New York 10020
Telephone: (212) 503-0655
Facsimile: (212) 307-5598
RADengler@Venable.com
*Attorneys for WMM, LLC, and*
*WMM Holdings, LLC*

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            JAN - 8 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

WAG ACQUISITION, L.L.C.,

     Plaintiff,

v.

DATA CONVERSATIONS, INC., et al.,

     Defendants.

Case No. 3:19-cv-00489 (MMD) (CBC)

**NOTICE, STIPULATION & ORDER PERMITTING WITHDRAWAL OF COUNSEL (GIANNA E. CRICCO-LIZZA)**

**TO:**   Hon. Miranda M. Du, C.U.S.D.J.
      United States District Court for the District of Nevada
      Lloyd G. George Courthouse
      333 Las Vegas Blvd. South
      Las Vegas, Nevada 89101

      Clerk of Court
      United States District Court for the District of Nevada
      Lloyd G. George Courthouse
      333 Las Vegas Blvd. South
      Las Vegas, Nevada 89101

1

**YOUR HONOR:**

PLEASE TAKE NOTICE that Defendants WMM, LLC and WMM Holdings, LLC (collectively, "Defendants") request the withdrawal of Gianna E. Cricco-Lizza, Esq. of Venable LLP.

PLEASE TAKE NOTICE that Defendants remain represented by Liane K. Wakayama, Esq. of Marquis Aurbach Coffing and Ralph A. Dengler, Esq. of Venable LLP.

PLEASE TAKE NOTICE that Marquis Aurbach Coffing has conferred with counsel for Plaintiff, who consents to this application, evidenced by their below signatures.

PLEASE TAKE NOTICE that Marquis Aurbach Coffing requests that Ms. Cricco-Lizza be removed from receiving further notifications of electronic filings.

For the foregoing reasons, Marquis Aurbach Coffing respectfully requests that the Court grant the instant request to withdraw Gianna E. Cricco-Lizza, Esq. as counsel for Defendants.

**AGREED AND CONSENTED TO BY:**

| | |
|---|---|
| MARQUIS AURBACH COFFING | FENNEMORE CRAIG, P.C. |
| By: /s/ Liane K. Wakayama, Esq. | By: /s/ Allen J. Wilt, Esq. |
| Liane K. Wakayama, Esq. | Allen J. Wilt, Esq. (SBN 4798) |
| 10001 Park Run Drive | Elizabeth J. Bassett, Esq. (SBN 9013) |
| Las Vegas, Nevada 89145 | 300 E. Second St., Suite 1510 |
| Telephone No.: (702) 382-0711 | Reno, Nevada 89501 |
| | |
| Ralph A. Dengler (*pro hac vice* to be filed) | LISTON ABRAMSON LLP |
| VENABLE LLP | *Admitted Pro Hac Vice* |
| New York Bar No. 2796712 | David G. Liston, Esq. |
| 1270 Avenue of the Americas, 24th Fl. | Ronald Abramson, Esq. |
| New York, NY 10020 | Alex G. Patchen, Esq. |
| Telephone No.: (212) 503-0655 | Ari J. Jaffess, Esq. |
| | Mord M. Lewis, Esq. |
| *Attorneys for WMM, LLC and WMM Holdings, LLC* | 405 Lexington Ave., 46th Floor |
| | New York, NY 10174 |

*Attorneys for Plaintiff WAG Acquisition, LLC*

**IT IS SO ORDERED**
DATED: 1/8/2020

_____
United States Magistrate Judge