**Marquis Aurbach Coffing**
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
lwakayama@maclaw.com

**Venable LLP**
Ralph A. Dengler, Esq.
New York Bar No. 2796712
Pro Hac Vice Forthcoming
1270 Avenue of the Americas, 24 Flr
New York, New York 10020
Telephone: (212) 503-0655
Facsimile: (212) 307-5598
RADengler@Venable.com
*Attorneys for WMM, LLC, and
WMM Holdings, LLC*



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DATA CONVERSATIONS, INC., et al., <br><br> Defendants. | Case No. 3:19-cv-00489 (MMD) (CBC) <br><br> **NOTICE, STIPULATION & ORDER PERMITTING WITHDRAWAL OF COUNSEL (TODD M. NOSHER)** |

TO:  Hon. Miranda M. Du, C.U.S.D.J.
United States District Court for the District of Nevada
Lloyd G. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

Clerk of Court
United States District Court for the District of Nevada
Lloyd G. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

1

**YOUR HONOR:**

**PLEASE TAKE NOTICE** that Defendants WMM, LLC and WMM Holdings, LLC (collectively, "Defendants") request the withdrawal of Todd M. Nosher, Esq., who has left Venable LLP and is no longer representing Defendants.

**PLEASE TAKE NOTICE** that Defendants remain represented by Liane K. Wakayama, Esq. of Marquis Aurbach Coffing and Ralph A. Dengler, Esq. of Venable LLP.

**PLEASE TAKE NOTICE** that Marquis Aurbach Coffing has conferred with counsel for Plaintiff, who consents to this application, evidenced by their below signatures.

**PLEASE TAKE NOTICE** that Marquis Aurbach Coffing requests that Mr. Nosher be removed from receiving further notifications of electronic filings.

For the foregoing reasons, Marquis Aurbach Coffing respectfully requests that the Court grant the instant request to withdraw Todd M. Nosher, Esq. as counsel for Defendants.

**AGREED AND CONSENTED TO BY:**

| | |
|---|---|
| MARQUIS AURBACH COFFING<br>By: /s/ *Liane K. Wakayama, Esq.*<br>Liane K. Wakayama, Esq.<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone No.: (702) 382-0711<br><br>Ralph A. Dengler (*pro hac vice* to be filed)<br>VENABLE LLP<br>New York Bar No. 2796712<br>1270 Avenue of the Americas, 24th Fl.<br>New York, NY 10020<br>Telephone No.: (212) 503-0655<br><br>*Attorneys for WMM, LLC and WMM Holdings, LLC* | FENNEMORE CRAIG, P.C.<br>By: /s/ *Allen J. Wilt, Esq.*<br>Allen J. Wilt, Esq. (SBN 4798)<br>Elizabeth J. Bassett, Esq. (SBN 9013)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br><br>LISTON ABRAMSON LLP<br>*Admitted Pro Hac Vice*<br>David G. Liston, Esq.<br>Ronald Abramson, Esq.<br>Alex G. Patchen, Esq.<br>Ari J. Jaffess, Esq.<br>Mord M. Lewis, Esq.<br>405 Lexington Ave., 46th Floor<br>New York, NY 10174<br><br>*Attorneys for Plaintiff WAG Acquisition, L.LC.* |

**IT IS SO ORDERED**
DATED: 1/8/2020

_____
United States Magistrate Judge