1  Elizabeth J. Bassett, Esq. (SBN 9013)
   FENNEMORE CRAIG, P.C.
2  300 E. Second St., Suite 1510
   Reno, Nevada 89501
3  Tel: 775-788-2228
4  ebassett@fclaw.com

5  Admitted *Pro Hac Vice*
   David G. Liston, Esq.
6  Ronald Abramson, Esq.
   Alex G. Patchen, Esq.
7  Ari J. Jaffess, Esq.
8  Mord M. Lewis, Esq.
   LISTON ABRAMSON, LLP
9  405 Lexington Ave., 46th Floor
   New York, NY 10174
10 Tel: 212-257-1630
11 David.liston@listonabramson.com; ron.abramson@listonabramson.com;
   Alex.patchen@listonabramson.com; ari.jaffess@listonabramson.com;
12 Michael.lewis@listonabramson.com
   *Attorneys for Plaintiff/Counterdefendant WAG Acquisition, L.L.C.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WAG ACQUISITION, L.L.C., | CASE NO. 3:19-cv-00489-MMD-CLB |
| Plaintiff, | |
| vs. | NOTICE, STIPULATION AND [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL (ALLEN J. WILT) |
| DATA CONVERSIONS, INC., et al., | |
| Defendants. | |
| AND RELATED MATTERS. | |

TO:  Hon. Miranda M. Du
     United Stated District Court for the District of Nevada Reno
     400 S. Virginia Street, Suite 301
     Reno, NV 89501

     Clerk of Court
     United Stated District Court for the District of Nevada Reno
     400 S. Virginia Street, Suite 301
     Reno, NV 89501

Whereas, Plaintiff WAG Acquisition, L.L.C. requests the Court's approval of the withdrawal as their counsel of Allen J. Wilt, Esq. who will be separating from the law firm of

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
775-788-2200

Fennemore Craig, P.C.; and

Whereas, Plaintiff remains represented by Elizabeth J. Bassett, Esq. of Fennemore Craig, P.C. and David G. Liston, Esq., Ronald Abramson, Esq., Alex G. Patchen, Esq., Ari J. Jaffess, Esq. and Mord M. Lewis, Esq. of Liston Abramson, LLP; and

Whereas, Fennemore Craig, P.C. requests that Allen J. Wilt be removed from receiving further notifications of electronic filings; and

Whereas, Fennemore Craig, P.C. has conferred with counsel for Defendants, who stipulate to this request, as evidenced by their below signatures;

Fennemore Craig, P.C. and Liston Abramson, LLP respectfully request that the Court grant this request to permit Allen J. Wilt, Esq. to withdraw as counsel for Plaintiff.

**AGREED AND CONSENTED TO BY:**

Dated this 21st day of February, 2020.

**FENNEMORE CRAIG, P.C.**

By: /s/ Elizabeth J. Bassett
Elizabeth J. Bassett (SBN 9013)
300 E. Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200
Email: ebassett@fclaw.com
~and~
Admitted *Pro Hac Vice*
LISTON ABRAMSON, LLP
405 Lexington Ave., 46th Floor
New York, NY 10174
Tel: 212-257-1630
*Attorneys for Plaintiff/Counterdefendant WAG Acquisition, L.L.C.*

Dated this 21st day of February, 2020.

**MARQUIS AURBACH COFFING**

By: /s/ Liane K. Wakayama
Liane K. Wakayama, Esq. (SBN 11313)
10001 Park Run Drive
Las Vegas, NV 89145
Tel: (702) 382-0711
Email: lwakayama@maclaw.com
~and~
*Pro Hac Vice* forthcoming
VENABLE, LLP
1270 Avenue of the Americas, 24th Fl
New York, NY 10020
Tel: (212) 503-0655
*Attorneys for Defendants WMM, LLC, and WMM Holdings, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

2/25/2020
DATE