**HAYES | WAKAYAMA**
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
4735 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89147
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
lkw@hwlawNV.com
  *Attorneys for WMM, LLC, and*
  *WMM Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>               Plaintiff,<br>vs.<br><br>DATA CONVERSIONS, INC., et al.,<br><br>               Defendants. | Case Number: 3:19-cv-00489-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME PERIOD TO SUBMIT JOINT STATUS REPORT (FIRST REQUEST)** |

     Pursuant to LR IA 6-1, Plaintiff WAG Acquisition, L.L.C. ("WAG"), by and through its counsel of record, Allen J. Wilt, Esq. and Elizabeth J. Bassett, Esq., of the law firm of Fennemore Craig, P.C. and David G. Liston, Esq.; Ronald Abramson, Esq.; Alex G. Patchen, Esq.; Ari J. Jaffess, Esq.; and Mord M. Lewis, Esq., of the law firm of Liston Abramson LLP; and Defendants WMM, LLC and WMM Holdings, LLC ("WMM"), by and through their counsel of record, Liane K. Wakayama, Esq., of the law firm of Hayes Wakayama, (collectively referred to herein as the "Parties") hereby stipulate as follows:

     1.     The Parties to the above-entitled action hereby stipulate and agree to a one-week extension until August 31, 2020 to submit a revised Joint Status Report in accordance with Dkt. No. 216, and in furtherance of their prior Joint Status Report (Dkt. No. 245). The Joint Status

/ / /

/ / /

/ / /

Report currently is due on August 25, 2020.  This is the first stipulation for extension of time to file a Joint Status Report as ordered pursuant to Dkt. No. 216.

    **IT IS SO STIPULATED.**

| Dated this 25th day of August, 2020 | Dated this 25th day of August, 2020 |
|---|---|
| **HAYES | WAKAYAMA** | **FENNEMORE CRAIG, P.C.** |
| By: */s/ Liane K. Wakayama, Esq.*<br>Liane K. Wakayama, Esq.<br>Nevada Bar No. 11313<br>4735 S. Durango Dr., Suite 105<br>Las Vegas, Nevada 89147<br><br>*Attorneys for WMM, LLC, and WMM Holdings, LLC* | By: */s/ Allen J. Wilt, Esq.*<br>Allen J. Wilt, Esq.<br>Nevada Bar No. 4798<br>Elizabeth J. Bassett, Esq.<br>Nevada Bar No. 9013<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br><br>- and –<br><br>**LISTON ABRAMSON LLP**<br>Admitted Pro Hac Vice<br>David G. Liston, Esq.<br>Ronald Abramson, Esq.<br>Alex G. Patchen, Esq.<br>Ari J. Jaffess, Esq.<br>Mord M. Lewis, Esq.<br>405 Lexington Ave., 46th Floor<br>New York, NY 10174<br><br>*Attorneys for Plaintiff WAG Acquisition, L.L.C.* |

    **<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 25, 2020