**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WAG ACQUISITION, LLC,

            Plaintiff,

v.

DATA CONVERSIONS, INC., et al.,

            Defendant.

3:19-CV-0489-MMD-CLB

**ORDER**

On August 31, 2020, the parties filed a joint status report (ECF No. 249). The status report discussed a potential appeal of the PTAB's '141' decision and a potential further stay or bifurcation of discovery in this action. Therefore, the parties shall file a *brief* status report by **Friday, November 6, 2020** advising the court of the status of any appeal that may have been filed as to the PTAB's '141' decision or any other related litigation. The parties shall also advise if they are in a position to begin discovery in this action in any form whether it be full, phased, or bifurcated. If the parties amenable to commencing discovery, the court will set a case management conference at its earliest convenience.

Dated: October 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1