**HAYES | WAKAYAMA**
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
4735 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89147
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
lkw@hwlawNV.com
*Attorneys for Defendants WMM, LLC,
and WMM Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| WAG ACQUISITION, L.L.C., | Case Number: |
| --- | --- |
| Plaintiff, | 3:19-cv-00489-MMD-CLB |
| vs. | **STIPULATION AND ORDER FOR STAY PENDING FINALIZATION OF SETTLEMENT** |
| DATA CONVERSIONS, INC., et al., | |
| Defendant. | |
| AND ALL RELATED CLAIMS | |

Plaintiff WAG Acquisition, L.L.C., and Defendants WMM, LLC and WMM Holdings, LLC (collectively, "Parties"), hereby stipulate to stay this matter as follows:

1. On December 22, 2020, the Parties participated in a settlement conference held by video conference before Magistrate Judge Robert A. McQuaid, Jr.

2. The Parties did not reach a settlement at the settlement conference, and this Court issued its Minutes of Proceedings (ECF No. 268) confirming the same.

3. Since that time, the Parties have participated in further attempts to negotiate a settlement.

4. On December 31, 2020, the Parties reached an agreement as to the material terms to settle this action. Counsel is currently in the process of drafting, negotiating and finalizing the settlement documents memorializing the agreement reached.

5. As such, the Parties hereto now wish to stay this matter in its entirety for thirty (30) days to allow for the settlement agreement and related documents to be finalized.

IT IS SO STIPULATED.

Dated this 5th day of January, 2021

**HAYES | WAKAYAMA**

By: */s/ Liane K. Wakayama, Esq.*
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
4735 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89147

**VENABLE LLP**
*(Admitted Pro Hac Vice:)*
FRANK M. GASPARO, ESQ.
RALPH A. DENGLER, ESQ.
1270 Avenue of the Americas, 24th Floor
New York, NY 10020

*Attorneys for Defendants WMM, LLC, and WMM Holdings, LLC*

Dated this 5th day of January, 2021

**FENNEMORE CRAIG, P.C.**

By: */s/ Elizabeth J. Bassett, Esq.*
COURTNEY MILLER O'MARA, ESQ.
Nevada Bar No. 10683
ELIZABETH J. BASSETT, ESQ.
Nevada Bar No. 9013
7800 Rancharrah Parkway
Reno, Nevada 89511

**LISTON ABRAMSON, LLP**
*(Admitted Pro Hac Vice:)*
DAVID G. LISTON, ESQ.
RONALD ABRAMSON, ESQ.
ALEX G. PATCHEN, ESQ.
ARI J. JAFFESS, ESQ.
MORD M. LEWIS, ESQ.
405 Lexington Ave., 46th Floor
New York, NY 10174

*Attorneys for Plaintiff/Counterdefendant WAG Acquisition, L.L.C.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2021