HAYES | WAKAYAMA
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
4735 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89147
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
lkw@hwlawNV.com
  *Attorneys for Defendants WMM, LLC,*
  *and WMM Holdings, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>DATA CONVERSIONS, INC., et al.,<br><br>Defendant.<br><br>AND ALL RELATED CLAIMS | Case Number:<br>3:19-cv-00489-MMD-CLB<br><br>**STIPULATION AND ORDER TO CONTINUE STAY PENDING FINALIZATION OF SETTLEMENT (SECOND REQUEST)** |

Plaintiff WAG Acquisition, L.L.C., and Defendants WMM, LLC and WMM Holdings, LLC (collectively, "Parties"), hereby stipulate to stay this matter as follows:

1. On December 22, 2020, the Parties participated in a settlement conference held by video conference before Magistrate Judge Robert A. McQuaid, Jr.

2. The Parties did not reach a settlement at the settlement conference, and this Court issued its Minutes of Proceedings (ECF No. 268) confirming the same.

3. Since that time, the Parties have participated in further attempts to negotiate a settlement.

4. On December 31, 2020, the Parties reached an agreement as to the material terms to settle this action.

5. On January 5, 2021, the Parties submitted a Stipulation and Order for Stay Pending Finalization of Settlement (ECF No. 269).

6. On January 6, 2021, this Court granted the Stipulation and Order for Stay Pending Finalization of Settlement (ECF No. 270) and accordingly stayed this matter in its entirety for thirty (30) days until February 5, 2021.

7. The Parties required more time and as such on February 4, 2021, the Parties submitted a Stipulation and Order to Continue Stay Pending Finalization of Settlement (First Request) (ECF No. 271).

8. On February 4, 2021, this Court granted the Stipulation and Order to Continue Stay Pending Finalization of Settlement (First Request) ECF No. 272) and accordingly extended the stay of this matter in its entirety for an additional thirteen (13) days until February 17, 2021.

9. Counsel require additional time to finalize the settlement documents.

/ / /

/ / /

/ / /

/ / /

/ / /

10. As such, the Parties now wish to continue the stay of this matter in its entirety until March 5, 2021.

11. This is the second submission of this request to continue the stay in this matter.

IT IS SO STIPULATED.

| Dated this 17th day of February, 2021 | Dated this 17th day of February, 2021 |
|---|---|
| **HAYES | WAKAYAMA** | **FENNEMORE CRAIG, P.C.** |
| By: */s/ Liane K. Wakayama, Esq.* | By: */s/ Elizabeth J. Bassett, Esq.* |
| LIANE K. WAKAYAMA, ESQ.<br>Nevada Bar No. 11313<br>4735 S. Durango Drive, Ste. 105<br>Las Vegas, Nevada 89147 | COURTNEY MILLER O'MARA, ESQ.<br>Nevada Bar No. 10683<br>ELIZABETH J. BASSETT, ESQ.<br>Nevada Bar No. 9013<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511 |
| **VENABLE LLP**<br>*(Admitted Pro Hac Vice:)*<br>FRANK M. GASPARO, ESQ.<br>RALPH A. DENGLER, ESQ.<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020 | **LISTON ABRAMSON, LLP**<br>*(Admitted Pro Hac Vice:)*<br>DAVID G. LISTON, ESQ.<br>RONALD ABRAMSON, ESQ.<br>ALEX G. PATCHEN, ESQ.<br>ARI J. JAFFESS, ESQ.<br>MORD M. LEWIS, ESQ.<br>405 Lexington Ave., 46th Floor<br>New York, NY 10174 |
| *Attorneys for Defendants WMM, LLC, and WMM Holdings, LLC* | *Attorneys for Plaintiff/Counterdefendant WAG Acquisition, L.L.C.* |

/ / /

/ / /

/ / /

Stipulation and Order to Continue Stay Pending Finalization of Settlement (Second Request)
*WAG Acquisition, L.L.C. v. Data Conversions, Inc., et al.,*
Case No. 3:19-cv-00489-MMD-CLB

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   Febuary 17, 2021