Courtney Miller O'Mara, Esq (SBN 10683)
Elizabeth J. Bassett, Esq. (SBN 9013)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2220
comara@fclaw.com; ebassett@fclaw.com

Admitted *Pro Hac Vice*
David G. Liston, Esq.
Ronald Abramson, Esq.
Alex G. Patchen, Esq.
Ari J. Jaffess, Esq.
Mord M. Lewis, Esq.
LISTON ABRAMSON, LLP
405 Lexington Ave., 46th Floor
New York, NY  10174
Tel:  212-257-1630
David.liston@listonabramson.com; ron.abramson@listonabramson.com;
Alex.patchen@listonabramson.com; ari.jaffess@listonabramson.com;
Michael.lewis@listonabramson.com

*Attorneys for Plaintiff/Counterdefendant WAG Acquisition, L.L.C.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>Plaintiff,<br>vs.<br><br>DATA CONVERSIONS, INC., et al.,<br><br>Defendants. | CASE NO. 3:19-cv-00489-MMD-CLB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WMM, LLC and WMM HOLDINGS, LLC,<br><br>Counterclaimants,<br>vs.<br><br>WAG ACQUISITION, L.L.C.,<br><br>Counterdefendant. | |

FENNEMORE C
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
775-788-2200

1    Plaintiff WAG Acquisition, L.L.C., and Defendants Data Conversions, Inc. (formerly

2  known as A.E.B.N., Inc.), WMM, LLC and WMM Holdings, LLC (collectively, the "Parties") by

3  and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure

4  41(a)(1)(A)(ii) hereby stipulate to dismissal with prejudice of this action, including all claims and

5  counterclaims stated herein against all parties, with each party to bear its own attorney's fees and

6  costs.

7        IT IS SO STIPULATED.

8  Dated this _16th_ day of March, 2021          Dated this _16th_ day of March, 2021

9  **HAYES | WAKAYAMA**                          **FENNEMORE CRAIG, P.C.**

10

11 By:___/s/ Liane K. Wakayama_____      By:___/s/ Elizabeth J. Bassett_____
      LIANE K. WAKAYAMA, ESQ.                     COURTNEY MILLER O'MARA, ESQ.
12    Nevada Bar No. 11313                         Nevada Bar No. 10683
      4735 S. Durango Drive, Ste. 105             ELIZABETH J. BASSETT, ESQ.
13    Las Vegas, Nevada 89147                      Nevada Bar No. 9013
                                                   7800 Rancharrah Parkway
14                                                 Reno, Nevada 89511
      **VENABLE LLP**
15    *(Admitted Pro Hac Vice:)*                   **LISTON ABRAMSON, LLP**
      FRANK M. GASPARO, ESQ.                       *(Admitted Pro Hac Vice:)*
16    RALPH A. DENGLER, ESQ.                       DAVID G. LISTON, ESQ.
      1270 Avenue of the Americas, 24th Floor     RONALD ABRAMSON, ESQ.
17    New York, NY 10020                           ALEX G. PATCHEN, ESQ.
                                                   ARI J. JAFFESS, ESQ.
18    *Attorneys for Defendants WMM, LLC,*         MORD M. LEWIS, ESQ.
19    *and   WMM   Holdings,   LLC***Error!**      405 Lexington Ave., 46th Floor
      **Reference source not found.**             New York, NY 10174
20

21                                                 *Attorneys for Plaintiff/Counterdefendant*
22                                                 *WAG Acquisition, L.L.C.*

23                         **ORDER**

24                   IT IS SO ORDERED:

25

26

27                   _____
                     UNITED STATES DISTRICT JUDGE
28                   DATED:  _March 17, 2021_____



**FENNEMORE C|**
ATTORNEYS
7800 Rancharrah Parkway
RENO, NEVADA 89511
775-788-2200